UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AMY BETH DOWDY

_____,  )
       Plaintiff (s),                       )
                                                )
                                                )
    v.                                     )   Case No.
                                                )
SYNGENTA CROP
PROTECTION, LLC, et al.                 )
_____,  )
       Defendant(s).                       )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now ____Plaintiff_____ and notifies the court of the intent to use
       (Plaintiff or Defendant)

Mark B. Smith, Markell & Associates
_____
(name and address of process server)

2300 West Port Plaza Dr., Ste. 202
_____

St. Louis, MO 63146
_____

To serve:   Syngenta Crop Protection, LLC
           and Syngenta Corporation
      Registered Agent: CT Corporation System   ☒in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

06/15/2023                                      _____#67276
_____                                 (attorney for Plaintiff)
(date)

 

_____
(attorney for Defendant)